UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
              :
UNITED STATES OF AMERICA    :
              :    **UNSEALING ORDER**
    - v. -    :
              :    19 Cr. 833  (   )
ANTHONY CHEEDIE, et al,     :
              :
        Defendants.   :
              :
- - - - - - - - - - - - - - - - - X

   Upon application of the United States of America, by and through Assistant United States Attorney Kiersten A. Fletcher, it is hereby ORDERED that Indictment 19 Cr. 833 ( ), which was filed under seal on November 19, 2019, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       November 20, 2019

                              _____
                              HONORABLE SARAH NETBURN
                              UNITED STATES MAGISTRATE JUDGE
                              SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 20 2019



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2019

**BY EMAIL**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
New York, New York 10007

    Re:    <u>**United States v. Anthony Cheedie, et al.**</u>**, 19 Cr. 833 ( )**

Dear Judge Netburn:

    On November 19, 2019, the Grand Jury returned an indictment, 19 Cr. 833 ( ), which was filed under seal on the same date. As most of the defendants have now been arrested, the Government respectfully requests that this Indictment be unsealed. A proposed order is attached for your convenience.

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney

                        By:    <u>  /s/             </u>
                                        Kiersten A. Fletcher
                                        Benet J. Kearney
                                        Robert B. Sobelman
                                        Assistant United States Attorneys
                                        (212) 637-2238 / 2260 / 2216