USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-833 (SHS)

v. :

JOSEPH CIACCIO, : ORDER

          Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    At the request of the defendant's attorney, Tommy H. Vu, to be relieved as counsel for Joseph Ciaccio,

    IT IS HEREBY ORDERED that Tommy H. Vu is relieved, and the CJA attorney on duty today, Nicole W. Friedlander, is appointed to assume representation of the defendant in this matter.

Dated: New York, New York
       March 5, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.