UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA                :   **SUPPLEMENTAL**
                                        :   **PROTECTIVE ORDER**
     - v. -                             :   19 Cr. 833 (SHS)
                                        :
JOSEPH CIACCIO,                         :
     a/k/a "Joseph Gallagher,"          :
                                        :
               Defendant.               :
- - - - - - - - - - - - - - - - - - - X

WHEREAS, on January 24, 2020, the Court entered a Protective Order, which was executed on behalf of the defendant by Tommy H. Vu, Esq. (Dkt. No. 59);

WHEREAS, on March 6, 2020, the Court entered an order permitting Mr. Vu to withdraw from his representation of the defendant and appointing Nicole W. Friedlander, Esq., to represent the defendant (Dkt. No. 66);

IT IS HEREBY agreed, by and between the United States of America, Geoffrey S. Berman, United States Attorney, by Kiersten A. Fletcher, Benet J. Kearney, and Robert B. Sobelman, Assistant United States Attorneys, of counsel, and Ms. Friedlander, counsel for the defendant, that Ms. Friedlander is and shall be bound by the terms of the Protective Order, which is incorporated by reference herein, as if she were an original signatory thereto.

Dated: New York, New York
March 9, 2020

SO ORDERED:

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Acknowledgement of Protective Order**

I, Nicole W. Friedlander, Esq., have read and reviewed the Protective Order entered on January 24, 2020, in the above-captioned case, I understand it, and I acknowledge that I am and shall be bound by the Order.

_____
Nicole W. Friedlander, Esq.
Attorney for Joseph Ciaccio