## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 29, 2021

Via E-mail

The Honorable Sidney H. Stein,
   U.S. District Court, Southern District of New York,
     Daniel Patrick Moynihan U.S. Courthouse,
       500 Pearl Street,
         New York, New York 10007-1312.

       Re:   *United States* v. *Cheedie*, 19-CR-833 (S.D.N.Y.)

Dear Judge Stein:

    I write on behalf of my client, Joseph Ciaccio, who pleaded guilty before the Court last week. Mr. Ciaccio previously joined certain pretrial motions filed by counsel for Cameron Brewster. (ECF No. 126). Following last week's change of plea hearing, I respectfully request that the Court withdraw those motions as to Mr. Ciaccio.

               SULLIVAN & CROMWELL LLP

      By:  */s/ Nicole Friedlander*
             Nicole Friedlander

         *Attorney for Defendant Joseph Ciaccio*