# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

## MEMO ENDORSED

July 6, 2021

<u>Via ECF</u>

The Honorable Sidney H. Stein,
   U.S. District Court, Southern District of New York,
      Daniel Patrick Moynihan U.S. Courthouse,
         500 Pearl Street,
           New York, New York 10007-1312.

          Re: *United States* v. *Cheedie*, 19-CR-833 (S.D.N.Y.)

Dear Judge Stein:

      I write on behalf of defendant Joseph Ciaccio to request an adjournment of his sentencing hearing, currently scheduled for July 22, 2021, until August 2, 2021, or any day thereafter convenient to the Court. The sentencing hearing for Mr. Ciaccio's co-defendant Joseph DePaola is currently scheduled for August 2, 2021, and Derrek Larkin has requested an adjournment to that date as well. The Government informed me that it has no objection to this request.

      As the Court is aware, Mr. Ciaccio was recently charged with possession of drug paraphernalia that was identified among his belongings by staff at Saint Clare's Hospital in Denville, NJ, where Mr. Ciaccio was being treated for complications associated with injuries he suffered following a motorcycle crash in 2019 that left him unable to care for himself. The parties will appear before the Court to address a memorandum of noncompliance from Pretrial Services with respect to the incident, which I am reviewing with my client.

      As Your Honor will recall, Mr. Ciaccio has struggled with addiction in the past, and his severe injuries have complicated his recovery process. Mr. Ciaccio and I are working to identify options for continuing medical care and drug treatment, which will be relevant to sentencing. In light of these issues, I respectfully request an eleven-day adjournment to enable me to address these issues relevant to sentencing.

                                                 Respectfully submitted,

                                                 SULLIVAN & CROMWELL LLP

                                     By: *Nicole Friedlander*
                                          Nicole Friedlander
                                        *Attorney for Defendant Joseph Ciaccio*

United States v. Cheedie, 19-CR-833 (S.D.N.Y.)

The sentencing is adjourned to August 2, 2021, at 4:15 p.m. The defense submissions are due by July 20, the government submissions are due by July 27, 2021.

Dated: New York, New York
      July 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.