**MEMORANDUM**

TO: Honorable Sidney H. Stein
U.S. District Judge

FROM: Dominique Jackson
U.S. Pretrial Services Officer

RE: Joseph Ciaccio
"a/k/a Joseph Gallagher"
19-CR-00833-SHS-6

The attached memorandum was prepared by Pretrial Services Officer

| **Dominique Jackson** | **212-805-4316** |
|---|---|
| Name | Phone Number |

Pretrial Services is respectfully requesting a bail violation hearing be held to address the defendant's noncompliance.

Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X] My office will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom # Videoconf. on July 7, 2021 at 2:00 p.m.

[X] So Ordered: _/s/ Sidney H. Stein_

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] _____ at his/her earliest convenience.