UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA, : 19-Cr-833 (SHS)

    -against- : ORDER

JOSEPH CIACCIO, :

    Defendant(s). :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A bail review hearing having been held today via videoconference, with defendant and counsel for all parties participating,

IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

1. Defendant shall undergo drug testing and treatment as directed by pretrial services;

2. Defendant shall remain at his current medical facility and shall not be released without prior notification to his attorney and the government; and

3. All other conditions of bail remain as previously set.

Dated: New York, New York
July 7, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.