UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-833 (SHS) |
| -v- | : | |
| | | ORDER |
| JOSEPH CHIRICO, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that defendant's sentencing date is adjourned to January 6, 2023, at 10:00 a.m.

Dated: New York, New York
       December 8, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.