# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

# MEMO ENDORSED

December 28, 2023

Via ECF

The Honorable Sidney H. Stein
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States* v. *Ciaccio*, 19-CR-833 (SHS)

Dear Judge Stein:

Pursuant to Local Civil Rule 1.4 of the U.S. District Courts for the Southern and Eastern Districts of New York, I respectfully request leave to withdraw my appearance as an attorney of record on behalf of Defendant Joseph Ciaccio in the above-captioned action. Withdrawal is sought because I will not be associated with Sullivan & Cromwell LLP effective as of December 29, 2023.

My withdrawal will not adversely affect Mr. Ciaccio's interests, who was sentenced by Your Honor on November 18, 2021. I am not asserting a retaining or charging lien.

Sincerely,

/s/ Trevor A. Chenoweth
Trevor A. Chenoweth

cc: Counsel of Record

**Mr. Chenoweth's request to withdraw as counsel is granted.**

**Dated: New York, New York**
**January 2, 2024**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.